**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Staff Sergeant NICHOLAS E. RODERICK**
**United States Air Force**

**ACM S32256**

**9 April 2015**

Sentence adjudged 13 May 2014 by SPCM convened at Luke Air Force Base, Arizona. Military Judge: Natalie D. Richardson.

Approved Sentence: Bad-conduct discharge, confinement for 5 months, forfeiture of $700.00 pay per month for 5 months, and reduction to E-1.

Appellate Counsel for the Appellant: Lieutenant Colonel Lucy H. Carrillo and Major Thomas A. Smith.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court